| | AUSA: | Kenneth Chadwell | Telephone: | (313) 226-9698 |
| Officer: | | Kristopher Mead | Telephone: | (313) 393-3793 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

United States of America

v.

Oswaldo Jesus Belloso

Case:2:19-mj-30134
Judge: Unassigned,
Filed: 03-21-2019 At 10:41 AM
RE: OSWALDO JESUS BELLOSO (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 8, 2019 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| Title 8, United States Code, Section 1324(a)(2)(B) | Alien Smuggling |

This criminal complaint is based on these facts:

On or about March 8, 2019, in the Eastern District of Michigan, Southern Division, Oswaldo Jesus Belloso, knowing that two aliens had not received prior official authorization to come to, enter, or reside in the United States, brought, and attempted to bring, such aliens to the United States for the purpose of private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

☑ Continued on the attached sheet.

_____
Complainant's signature

Kristopher Mead, Enforcement Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: ___3/21/19___

_____
Judge's signature

City and state:  Detroit, Michigan

David A. Grand, United States Magistrate Judge
Printed name and title

### AFFIDAVIT

I, Kristopher A. Mead, declare the following under penalty of perjury:

1. I am an Enforcement Officer with the Department of Homeland Security, Customs and Border Protection, and have been employed with the same for over fifteen years. During my career as a law enforcement officer, I have been involved in various investigations and arrests concerning alien smuggling, immigration fraud, and false statements, and I have received training in these areas. This affidavit is submitted in support of a finding of probable cause and is a summary of information known to law enforcement personnel, other civilian witnesses, and me from personal knowledge.

2. On March 8, 2019 at approximately 9:00 a.m., Customs and Border Protection (CBP) Officers encountered a red 2018 Toyota Corolla bearing Minnesota license plate BCP468 at the Fort Street Cargo Facility in Detroit, Michigan. This is an entry point into the United States from Canada via the Ambassador Bridge. The car was driven by Oswaldo Belloso, a citizen of El Salvador and Lawful Permanent Resident (LPR) of the United States. Belloso was the sole occupant of the vehicle by the time he drove up to the lane 9 inspection booth operated by CBP Officer Carrier. Moments earlier, CBP Officer Higgins observed this vehicle sitting in pre-primary, the area before the CBP inspection booths, and there were two individuals next to it that appeared to be speaking with the driver. Primary Officers were notified to refer Belloso's vehicle to the secondary inspection area

1

for further investigation. Upon a search of the vehicle, CBP Officers located three backpacks in the vehicle, two of which contained Guatemalan passports and other documents. These documents bore the names Rodolfo Marcos Ramirez and Tito Eneas Lorenzo Villeda.

3. Around the same time, Marcos Ramirez and Lorenzo Villeda, the two individuals who were interacting with Belloso outside his Toyota, were discovered by CBP Officers walking near the vehicle-exit of the facility to Fort Street. This area of the facility is beyond the immigration inspection area and is used by commercial trucks to exit the facility that have been authorized entry into the United States by CBP. The Officers were aware that pedestrian travelers are not inspected or admitted into the United States at the Fort Street Cargo Facility. When encountered by CBP, neither individual had identity documents of any kind in their possession. Lorenzo Villeda had $1,075 in Canadian currency in his possession, and Marcos Ramirez had $810 in Canadian currency with him.

4. System queries reveal that neither Marcos Ramirez or Lorenzo Villeda have obtained a visa or other document permitting them to lawfully enter or reside in the United States. Both individuals have work permits in Canada. During interviews, both individuals admitted to illegally entering the United States after having arrived in the red Toyota Corolla described above.

5. During a post-*Miranda* interview of Belloso, he admitted to bringing Marcos Ramirez and Lorenzo Villeda to the United States from

2

Leamington, Canada, which is about a 30 minute drive from Detroit, Michigan. He further stated that he was to be paid $1,400 to $1,500 for bringing each person into the United States, and that this agreement was arranged two months ago with Lorenzo Villeda's uncle. According to Belloso, the "uncle" represented that Villeda and Ramirez had the money in Canada to pay for the transportation and that Belloso would be paid once he brought them to Kansas City. Belloso stated he had already been paid $700 by Lorenzo Villeda's "uncle" and then was paid another $300. These funds were to cover the deposit and insurance for the rental vehicle (the red Toyota Corolla), which he and Lorenzo Villeda's "uncle" went together to acquire. Belloso further explained that he rented the vehicle at the Kansas City International Airport a few days previous. The plan, according to Belloso, was to drop Marcos Ramirez and Lorenzo Villeda off before they reached the CBP inspection booth, and to pick them back up after they walked past the CBP inspection area. Belloso acknowledged that he was quite aware that it is illegal to bring aliens to the United States who do not have visas or official permission to enter the country in exchange for money. He stated the "uncle" approached him about this because Belloso has lawful immigration status in the United States, therefore it was assumed he would be able to cross the border easily.

6. A search of Belloso person revealed $126 in U.S. currency and a Bank of America receipt evidencing a deposit of $700 into checking account number ********6915 on March 7, 2019 at 11:33 am. In the vehicle, CBP officers found a receipt from Dollar-Rent-A-Car at

3

the Kansas City International Airport for the aforementioned Toyota Corolla in Belloso's name dated March 7, 2019 at 11:55 am.

7. The aforementioned arrest (or apprehension) (and subsequent detention) was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

8. Based upon the aforementioned facts, there is probable cause to believe Oswaldo Jesus Belloso, knowing that an alien had not received prior authorization to come to or enter the United States, brought such alien to the United States for the purpose of private financial gain, in violation of Title 8 United States Code, Section 1324(a)(2)(B)(ii).

Kristopher Mead, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable David A. Grand
United States Magistrate Judge

4